

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2017

No. 04-17-00430-CR

San Juan **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3674
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Carol N. Castillo's notification of late record is hereby GRANTED. The reporter's record is due on or before October 24, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court